

**Richard Sokoloff**
**Attorney at Law**
990 S. SECOND STREET-SUITE 1
RONKONKOMA, NY  11779
PH: (631) 223-7176--FAX: 1 (888) 322-9957

JOCELYN SOSA                                              July 08, 2015

NEW YORK, NY. 10031

RE: LENOX HILL MED. ANESTHESIOLGY, PLLC
PATIENT..: SELF
DATE(S) OF SERVICE: 12/19/14 - 12/19/14

PLACEMENT BALANCE.: $234.00
COLLECTION CHARGES: $.00
PAYMENTS TO DATE..: $.00 FROM 07/07/15 THROUGH 07/08/15
CURRENT AMOUNT DUE: $234.00

REPRESENTATIVE: MRS. MOORE AT PH#: 631-223-7176
**OUR ACCOUNT NUMBER:** $▮▮686

DEAR JOCELYN SOSA :

I HAVE BEEN RETAINED BY MY CLIENT TO OBTAIN PAYMENT OF AN OUTSTANDING OBLIGATION AS INDICATED ABOVE. I REQUEST THAT YOU CONTACT MY OFFICE PURSUANT TO THE "IMPORTANT CONSUMER NOTICE" SET FORTH BELOW OR REMIT THE BALANCE DUE IN ORDER TO RESOLVE THIS MATTER.

SINCERELY,                                                SINCERELY,

RICHARD SOKOLOFF, ESQ.                                    JEFFREY PILINKO, ESQ.
RS:A01/AA/07/07/15                                        JJP:A01

IMPORTANT CONSUMER NOTICE

"UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID.  IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND WILL MAIL YOU A COPY OF SUCH VERIFICATION OR JUDGMENT.  IF YOU REQUEST FROM THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR."

THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.